COMMONWEALTH OF PUERTO RICO  FHA Case Number: 501- 8414266-951
*ESTADO LIBRE ASOCIADO DE PUERTO RICO*  *FHA Caso Número:* 501- 8414266-951

## FIXED RATE FIRST MORTGAGE NOTE
### (Home Equity Conversion)

### *PRIMER PAGARÉ HIPOTECARIO DE INTERES FIJO*
#### *(Conversión del Capital Acumulado en Vivienda)*

US $156,000.00                                                                                      March 13, 2012.

PROPERTY ADDRESS: SR 171, LA LINEA SECT., RINCON, CIDRA, P.R. 00739.

*DIRECCIÓN DE LA PROPIEDAD:* SR 171, LA LINEA SECT., RINCON, CIDRA, P.R. 00739.

### 1. DEFINITIONS
"Borrower" means each person signing at the end of this Note. "Lender" means **THE MONEY HOUSE, INC.**, and its successors and assigns. "Secretary" means the Secretary of Housing and Urban Development or his or her authorized representatives.

### *1. DEFINICIONES*
*"Deudor" significa cada persona que firma al final de este Pagaré. "Acreedor Hipotecario" significa THE MONEY HOUSE, INC., y sus sucesores y cesionarios. "Secretario" significa el Secretario de Vivienda y Desarrollo Urbano o sus representantes autorizados.*

### 2. BORROWER'S PROMISE TO PAY; INTEREST
In return for amounts to be advanced by Lender up to a maximum principal amount **ONE HUNDRED FIFTY SIX THOUSAND DOLLARS (U.S. $156,000.00)**, to or for the benefit of Borrower under the terms of a Home Equity Conversion Loan Agreement dated **MARCH 13, 2012** ("Loan Agreement"), Borrower promises to pay to the order of Lender a principal amount equal to the sum of all Loan Advances made under the Loan Agreement with interest. All amounts advanced by Lender, plus interest, if not paid earlier, are due and payable **SEPTEMBER 26, 2075**. Interest will be charged on unpaid principal at the rate of **FIVE POINT ZERO SIX ZERO PERCENT (5.060%)** per year until the full amount of principal has been paid. Accrued interest shall be added to, and made part of, the principal balance as a Loan Advance at the end of each month.

The interest rate required by this Section 2 of this Note is the rate of interest Borrower will pay on the outstanding balance both before and after this Note becomes due and payable as described in Section 6 of this Note, until repayment in full is made.

### *2. PROMESA DE PAGO DEL DEUDOR; INTERÉS*
*A cambio de las cantidades adelantadas por el Acreedor Hipotecario hasta una cantidad principal máxima CIENTO CINCUENTA Y SEIS MIL DOLARES (U.S.$156,000.00), o para su beneficio bajo los términos de un Acuerdo de Préstamo de Conversión del Capital Acumulado con fecha 13 DE MARZO DE 2012 ("Contrato de Préstamo"), el Deudor promete pagar a la orden del Acreedor Hipotecario una cantidad principal equivalente a la suma de todos los Adelantos de Préstamo efectuados bajo el Acuerdo de Préstamo y este Pagaré, con intereses. Todas las cantidades adelantadas por el Acreedor Hipotecario, más los intereses, en caso de no ser pagadas anteriormente, vencen y son pagaderas el 26 DE SEPTIEMBRE DE 2075. Los intereses serán cobrados sobre el principal adeudado a una tasa del CINCO PUNTO CERO SEIS CERO POR CIENTO (5.060%) por año hasta que se haya pagado la cantidad total del principal. Al final de cada mes, los intereses acumulados deberán sumarse y volverse parte del balance del principal como un Adelanto de Préstamo, y asimismo devengarán intereses.*

*La tasa de interés requerida por esta Sección 2 de este Pagare es la tasa de interés que el Deudor pagara sobre el balance adeudado tanto antes como después de que este Pagare venza y se vuelva pagadero como se describe en la Sección 6 de este Pagare, hasta que se efectué el pago total.*

### 3. PROMISE TO PAY SECURED
Borrower's promise to pay is secured by a mortgage, that is dated the same date as this Note and called the "Security Instrument." That Security Instrument protects the Lender from losses which might result if Borrower defaults under this Note.

### *3. PROMESA DE PAGO GARANTIZADA*
*La promesa de pago del Deudor está garantizada por una hipoteca, con la misma fecha que este Pagaré y se denomina "Primer Hipoteca". La Primera Hipoteca protege al Acreedor Hipotecario contra pérdidas que pudieran resultar en caso de incumplimiento del Deudor bajo este Pagaré.*

### 4. MANNER OF PAYMENT
### *4. FORMA DE PAGO*

#### (A) Time
Borrower shall pay all outstanding principal and accrued interest to Lender upon receipt of a notice by Lender requiring immediate payment in full, as provided in Paragraph 6 of this Note.

#### *(A) Tiempo*
*El Deudor deberá pagar todo el principal adeudado e intereses acumulados al Acreedor Hipotecario al recibir un aviso del Acreedor Hipotecario que requiera el pago total inmediato, conforme se dispone en el Párrafo 6 de este Pagaré.*

#### (B) Place
Payment shall be made at the address notified to **Money House, Inc., P.O. Box 363573, San Juan, PR 00936**, or any such other place as Lender may designate in writing by notice to Borrower.

#### *(B) Lugar*
*El pago deberá efectuarse en la dirección notificada a* **Money House, Inc., P.O. Box 363573, San Juan, PR 00936** *o cualquier otro lugar que el Acreedor Hipotecario pueda designar en una notificación escrita al Deudor.*

#### (C) Limitation of Liability
Borrower shall have no personal liability for payment of the debt. Lender shall enforce the debt only through sale of the Property ("Property") covered by the First Mortgage. If this Note is assigned to the Secretary, the Borrower shall not be liable for any difference between the mortgage insurance benefits paid to Lender and the outstanding indebtedness, including accrued interest, owed by Borrower at the time of the assignment.

#### *(C) Limitación de responsabilidad*
*El Deudor no tendrá ninguna responsabilidad personal por el pago de la deuda. El Acreedor Hipotecario deberá hacer cumplir el pago de la deuda solamente a través de la venta de la Propiedad ("Propiedad") cubierta por la Primera Hipoteca. Si se cede este Pagaré al Secretario, el Deudor no será responsable de ninguna diferencia entre los beneficios del seguro hipotecario pagados al Acreedor Hipotecario y la deuda impaga, incluyendo los intereses acumulados, adeudados por el Deudor al momento de la cesión.*

### 5. BORROWER'S RIGHT TO PREPAY
### *5. DERECHO DEL DEUDOR A UN PAGO ANTICIPADO*

A Borrower receiving monthly payments under the Loan Agreement has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty on the first day of any month. Otherwise, a Borrower has the right to pay the debt evidence by this Note, in whole or in part, without charge or penalty after giving lender two week notice. Any amount of debt prepaid will first be applied to reduce the principal balance of the Second Note described in Paragraph 10 of this Note and then to reduce the principal balance of this Note.

*Un Deudor que reciba pagos mensuales bajo el Contrato de Préstamo tiene el derecho a pagar la deuda evidenciada por este Pagaré, en todo o en parte, sin cargo ni penalidad, el primer día de cualquier mes. De lo contrario el Deudor tiene derecho a pagar la deuda evidenciada por este pagare, en todo o en parte, sin cargo o penalidad luego de proveerle al Acreedor dos semanas de notificación. Cualquier cantidad de la deuda pagada en forma anticipada se aplicará primero para reducir el balance del principal*

*del Segundo Pagaré descrito en el Párrafo 10 de este Pagaré y luego para reducir el balance del principal de este Pagaré.*

All prepayment of the principal balance shall be applied by Lender as Follows:

*Todos los pagos anticipados del balance del principal deberán ser aplicados por el Acreedor Hipotecario del siguiente modo:*

First, to that portion of the principal balance representing aggregate payments for mortgage insurance premiums (MIP);

*Primero, a la parte del balance del principal que representa pagos agregados por las primas de seguro hipotecario (MIP);*

Second, to the portion of the principal balance representing aggregate payments for servicing fees;

*Segundo, a la parte del balance de principal que representa pagos por los gastos de administración;*

Third, to the portion of the principal balance representing accrued interest due under the Note;

*Tercero, a la parte del balance del principal que representa el interés adeudado bajo el pagare; y*

Fourth, to the remaining portion of the principal balance.

*Cuarto, a la parte restante del balance de principal.*

To the extent Borrower prepays any outstanding balance under this Note, such amounts will no longer be available to be advanced under this Note.

*En la medida que el Deudor pague por adelantado cualquier balance pendiente bajo este Pagare, dichas cantidades ya no estarán disponibles para ser adelantadas bajo este Pagare.*

## 6. IMMEDIATE PAYMENT IN FULL
*6. PAGO TOTAL INMEDIATO*

**(A) Death or Sale**
   Lender may require immediate payment in full of all outstanding principal and accrued interest if:

   (i)   A Borrower dies and the Property is not the principal residence of at least one surviving Borrower; or

   (ii)  All of a Borrower's title in the Property (or his or her beneficial interest in a trust owning all or part of the Property) is sold or otherwise transferred and no other Borrower retains (a) title to the Property in fee simple, (b) a leasehold under a lease for not less than 99 years which is renewable or a lease having a remaining period of not less than 50 years beyond the date of the 100th birthday of the youngest Borrower, or (c) a life estate in the Property, (or retains a beneficial interest in a trust with such an interest in the Property).

*(A) Muerte o Venta*
   *El Acreedor Hipotecario puede requerir el pago total inmediato de todo el principal adeudado e interés acumulado si:*

   *(i)   Un Deudor muere y la Propiedad no es la residencia principal de al menos un Deudor sobreviviente; o*

   *(ii)  Todo el título de la Propiedad del Deudor (o su interés beneficiario en un fideicomiso por la totalidad o parte de la Propiedad) se vende o de otro modo se transfiere y ningún otro Deudor retiene (a) título de la Propiedad en pleno dominio, (b) un arrendamiento por no menos de 99 años que sea renovable o un arrendamiento que tenga un período restante de no menos de 50 años más allá de la fecha del 100° cumpleaños del Deudor más joven, o (c) un usufructo vitalicio en la Propiedad, (o retiene un interés beneficiario en un fideicomiso con tal interés en la Propiedad).*

**(B) Other Grounds**

Lender may require immediate payment in full of all outstanding principal and accrued interest, upon approval by an authorized representative of the Secretary, if:

(i) The Property ceases to be the principal residence of a Borrower for reasons other than death and the Property is not the principal residence of at least one other Borrower;

(ii) For a period of longer than twelve (12) consecutive months, a Borrower fails to physically occupy the Property because of physical or mental illness and the Property is not the principal residence of at least one other Borrower; or

(iii) An obligation of the Borrower under the Security Instrument is not performed.

*(B) Otros Fundamentos*
*El Acreedor Hipotecario puede requerir el pago total inmediato de todo el principal adeudado e interés acumulado, con la aprobación por parte de un representante autorizado del Secretario, si:*

*(i) La Propiedad deja de ser la residencia principal de un Deudor por razones que no sean la muerte y la Propiedad no es la residencia principal de al menos otro Deudor;*

*(ii) Por un período de más de doce (12) meses consecutivos, un Deudor no ocupa físicamente la Propiedad debido a una enfermedad física o mental y la Propiedad no es la residencia principal de al menos otro Deudor; o*

*(iii) No se realiza una obligación del Deudor bajo la Hipoteca.*

**(C) Payment of Costs and Expenses**
If Lender has required immediate payment in full, as described above, the debt enforced through sale of the Property may include costs and expenses, including reasonable and customary attorneys' fees, associated with enforcement of this Note to the extent not prohibited by applicable law. Such fees and costs shall bear interest from the date of disbursement at the same rate as the principal of this Note.

*(C) Pago de Costos y Gastos*
*Si el Acreedor Hipotecario ha requerido el pago total inmediato, como se describe anteriormente, la deuda ejecutada a través de la venta de la Propiedad podrá incluir costos y gastos, incluyendo honorarios de abogados razonables y habituales, asociados con la ejecución de este Pagaré en la medida que no lo prohíba la ley aplicable. Tales honorarios y gastos devengarán intereses desde la fecha del desembolso a la misma tasa que el principal de este Pagaré.*

**(D) Trusts**
Conveyance of a Borrower's interest in the Property to a trust which meets the requirements of the Secretary, or conveyance of a trust's interest in the Property to a Borrower, shall not be considered a conveyance for purposes of this Paragraph. A trust shall not be considered an occupant or be considered as having a principal residence for purposes of this Paragraph.

*(D) Fideicomisos*
*El traspaso del interés de un Deudor en la Propiedad a un fideicomiso que cumpla con los requisitos del Secretario, o el traspaso del interés de un fideicomiso en la Propiedad a un Deudor, no será considerado un traspaso a efectos de este Párrafo. Un fideicomiso no será considerado un ocupante ni se considerará que tiene una residencia principal a efectos de este Párrafo.*

**7. WAIVERS**
Borrower waives the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

*7. RENUNCIAS*
*El Deudor renuncia a los derechos de presentación y notificación de falta de pago. "Presentación" significa el derecho a requerir al Acreedor Hipotecario que exija el pago de las cantidades adeudadas. "Notificación de falta de pago" significa el derecho a requerir al Acreedor Hipotecario que notifique a otras personas que las cantidades adeudadas no han sido pagadas.*

**8. GIVING OF NOTICES**
Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first class mail to Borrower at the Property

*Address above or at a different address if Borrower has given Lender a notice of Borrower's different address.*

Any notice that must be given to Lender under this Note will be given by first class mail to Lender at the address stated in Paragraph 4(B) or at a different address if Borrower is given a notice of that different address.

### *8. ENTREGA DE NOTIFICACIONES*
*A menos que la ley aplicable requiera un método diferente, cualquier aviso que deba entregársele al Deudor bajo este Pagaré será entregado por envío o correo postal de primera clase al Deudor a la Dirección de la Propiedad antes mencionada o a una dirección diferente si el Deudor ha notificado al Acreedor Hipotecario sobre una dirección diferente.*

*Cualquier notificación que deba ser entregada al Acreedor Hipotecario bajo este Pagaré será enviada por correo de primera clase al Acreedor Hipotecario a la dirección indicada en el Párrafo 4(B) o a una dirección diferente si el Deudor es notificado sobre la misma.*

### 9. OBLIGATIONS OF PERSONS UNDER THIS NOTE
If more than one person signs this Note, each person is fully obligated to keep all of the promises made in this Note. Lender may enforce its rights under this Note only through sale of the Property.

### *9. OBLIGACIONES DE LAS PERSONAS BAJO ESTE PAGARÉ*
*Si más de una persona firma este Pagaré, cada persona tiene plena obligación de cumplir todas las promesas efectuadas en este Pagaré. El Acreedor Hipotecario podrá hacer cumplir sus derechos bajo este Pagaré solamente a través de la venta de la Propiedad.*

### 10. RELATIONSHIP TO SECOND NOTE
### *10. RELACIÓN CON EL SEGUNDO PAGARÉ*

**(A) Second Note**
Because Borrower will be required to repay amounts which the Secretary may make to or on behalf of Borrower pursuant to Section 255(i)(1)(A) of the National Housing Act and the Loan Agreement, the Secretary has required Borrower to grant a Second Note to the Secretary.

*(A) Segundo Pagaré*
*Dado que el Deudor estará obligado a pagar las cantidades que el Secretario pueda efectuar a o en nombre del Deudor conforme a la Sección 255(i)(1)(A) de la Ley Nacional de Vivienda y el Contrato de Préstamo, el Secretario ha requerido al Deudor que conceda un Segundo Pagaré al Secretario.*

**(B) Relationship of Secretary Payments to this Note**
Payments made by the Secretary shall not be included in the debt due under this Note unless:

(i) This Note is assigned to the Secretary; or

(ii) The Secretary accepts reimbursements by the Lender for all payments made by the Secretary.

If the circumstances described in (i) or (ii) occur, then all payments made by the Secretary, including interest on the payments, shall be included in the debt.

*(B) Relación de los Pagos del Secretario con este Pagaré*
*Los pagos efectuados por el Secretario no deberán incluirse en la deuda bajo este Pagaré a menos que:*

*(i) Este Pagaré sea cedido al Secretario; o*

*(ii) El Secretario acepte reembolsos por parte del Acreedor Hipotecario para todos los pagos efectuados por el Secretario.*

*Si las circunstancias descritas en (i) o (ii) ocurren, todos los pagos efectuados por el Secretario, incluyendo el interés sobre los pagos, deberán estar incluidos en la deuda.*

**(C) Effect on Borrower**
Where there is no assignment or reimbursement as described in (B)(i) or (ii), and the Secretary

makes payments to Borrower, then Borrower shall not:

    (i)    Be required to pay amounts owed under this Note until the Secretary has required payment in full of all outstanding principal and accrued interest under the Second Note held by the Secretary, notwithstanding anything to the contrary in Paragraph 6 of this Note; or

    (ii)    Be obligated to pay interest or shared appreciation under this Note at any time, whether accrued before or after the payments by the Secretary, and whether or not accrued interest has been included in the principal balance of this Note, notwithstanding anything to the contrary in Paragraphs 2 of this Note or any Allonge to this Note.

*(C) Efecto en el Deudor*

*Cuando no exista cesión o reembolso como se describe en (B) (i) o (ii), y el Secretario efectúe pagos al Deudor, el Deudor no:*

    *(i)    Estará obligado a pagar las cantidades adeudadas bajo este Pagaré hasta que el Secretario haya requerido el pago total de todo el principal adeudado e interés acumulado bajo el Segundo Pagaré que conserve el Secretario, sin perjuicio de cualquier disposición en lo contrario contenida en el Párrafo 6 de este Pagaré; o*

    *(ii)    Estará obligado a pagar intereses o apreciación compartida bajo este Pagaré en cualquier momento, ya sea que hayan sido acumulados antes o después de los pagos efectuados por el Secretario, y se haya incluido o no el interés acumulado en el balance del principal de este Pagaré, sin perjuicio de cualquier disposición en lo contrario contenida en los Párrafo 2 de este Pagaré o cualquier anexo para endosos adicionales de este Pagaré.*

**BY SIGNING BELOW**, Borrower accepts and agrees to the terms and covenants contained in this Note.

*AL FIRMAR ABAJO, el Deudor acepta y acuerda los términos y convenios contenidos en este Pagaré.*

In Cayey, Puerto Rico, this 13 day of March, 2012.
En Cayey, Puerto Rico, hoy 13 de Marzo de 2012.

_____,
ASUNCION OLMEDA MARTINEZ    (Borrower)
a/k/a ASUNCION OLMEDA    (Deudor)
represented by her true attorney in fact
FRANCISCO RODRIGUEZ OLMEDA

Affidavit Number: _____659_____
*Testimonio número:* _____659_____

Subscribed before me by ASUNCION OLMEDA MARTINEZ, also known as ASUNCION OLMEDA ----
----------------------------------------------------------------------------------
of legal age, unmarried, retired, and resident of Cidra, Puerto Rico, represented by his true attorney in fact FRANCISCO RODRIGUEZ OLMEDA, of legal age, unmarried, policeman and resident of San Juan, Puerto Rico, as stated on deed number forty (40) of Special Power of Attorney, executed in Cayey, Puerto Rico, on March First (1st), Two Thousand Twelve (2012), before Notary Public Lizbet Aviles Vega; who are personally known to me.

This Note is secured by a mortgage executed by Deed number _____21_____ of this same date before the subscribing Notary.

*Suscrito ante mí por* ASUNCION OLMEDA MARTINEZ, *también conocida como* ASUNCION OLMEDA ----
----------------------------------------------------------------------------------
*mayor de edad, soltera, retirada y residente de Cidra, Puerto Rico; representada por su legítimo apoderado* FRANCISCO RODRIGUEZ OLMEDA, *mayor de edad, soltero, policía y residente de San Juan, Puerto Rico, según escritura número cuarenta (40) sobre Poder Especial, otorgada en Cayey, Puerto Rico, el primero (1ro) de marzo de dos mil doce (2012) ante la Notario Lizbet Aviles Vega, a quienes conozco personalmente, a quienes conozco personalmente.*

*Este Pagaré está garantizado por Hipoteca constituida por la Escritura Número* _____21_____ *otorgada en esta misma fecha ante el Notario suscribiente.*

In Cayey, Puerto Rico, this 13 day of March, 2012.
En Cayey, Puerto Rico, hoy 13 de Marzo de 2012.

_____
Notary Public
*Notario Público*

(Signed, sealed and rubricated)
*(Firmado, sellado y rubricado)*

PAY TO THE ......
URBAN FINANCIAL GROUP, INC.
WITHOUT RECOURSE

**DAMARIS SOTO**
Supervisora

HECM - Puerto Rico - First Mortgage Note                                             7

**ALLONGE**

LOAN NUMBER: 536009

FHA CASE NUMBER: 501-8414266-951

BORROWER (S): ASUNCION OLMEDA MARTINEZ

PROPERTY ADDRESS:
    SR 171 LA LINEA SECT., RINCON
    CIDRA, PR 00739

NOTE/LOAN AMOUNT:
    156,000.00

NOTE/LOAN DATE:
    03/13/2012


PAY TO THE ORDER OF:
URBAN FINANCIAL GROUP
8909 S. YALE AVENUE
Tulsa, OK
74137

---

WITHOUT RECOURSE

COMPANY NAME: Moneyhouse

SIGNATURE: _____

NAME: Maria Borden

TITLE: Shipping Office

# Allonge

Loan Number: 536009

FHA Case Number: 501-8414266-951

Borrower Name(s): ASUNCION OLMEDA MARTINEZ

Property Address: SR 171 LA LINEA SECT., RINCON CIDRA, Puerto Rico 00739

Note/Loan Amount: $156,000.00

Note/Loan Date: 3/13/2012

*PAY TO THE ORDER OF:*

WITHOUT RECOURSE

Company Name: Urban Financial Group Inc.

Signature: *[signature]*

Name: Andrea Wade

Title: Assistant Vice President