# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Finance of America Reverse, LLC.** <br><br> **Plaintiff** <br><br> v. <br><br> **The Estate Asunción Olmeda Martínez a/k/a Asunción Olmeda composed of Francisco Rodríguez Olmeda and John Doe; Departamento de Hacienda; Centro de Recuadaciones de Ingresos Municipales; United States of America;** <br><br> **Defendants** | CIVIL ACTION NO.: |

## SUMMONS IN A CIVIL ACTION

**To:** Centro de Recaudación de Ingresos Municipales,
Dirección Física: Carretera #1, Km. 17.2, Antiguo Edificio Cruz Azul, San Juan, PR
Dirección Postal: PO Box 195387 San Juan, Puerto Rico 00919-5387

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - or 90 days in a Social Security Action - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joel A. Figueroa Rivera
USCD-PR: 302803
**GLS LEGAL SERVICES, LLC**
Attorneys for Plaintiff
figueroa@glslegalservices.com
P.O. Box 367308
San Juan, P.R. 00936
Tel. 787-758-6550; Fax. 787-758-6554

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
_____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____, a person of suitable age and discretion who resides there, on *(date)* _____ and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____
_____ , who is designated by law to accept service of process on behalf of *(name of organization)*_____
_____on*(date)*_____ ; or

☐ I returned the summons unexecuted because_____
_____ ; or

☐ Other *(specify):*_____
_____.

My fees are $_____for travel and $_____ for services, for a total of $_____.
I declare under penalty of perjury that this information is true.
Date:_____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____