# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

# CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

| | |
|---|---|
| Attorney Name (Last, First, MI): | Figueroa Rivera, Joel A. |
| USDC-PR Bar Number: | 302803 |
| Email Address: | figueroa@glslegalservices.com |

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

    Plaintiff: Finance of America Reverse, LLC.

    Defendant: The Estate Asunción Olmeda Martínez a/k/a Asunción Olmeda composed of Francisco F

2. Indicate the category to which this case belongs:

    ☒ Ordinary Civil Case

    ☐ Social Security

    ☐ Banking

    ☐ Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes

    ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes

    ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

    ☐ Yes

    ☒ No

Date Submitted: 4/4/16

rev. Dec. 2009

[Print Form] [Reset Form]