UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Finance of America Reverse, LLC.** <br> Plaintiff <br><br> v. <br><br> **The Estate Asunción Olmeda Martínez a/k/a Asunción Olmeda composed of Francisco Rodríguez Olmeda and John Doe; Departamento de Hacienda; Centro de Recuadaciones de Ingresos Municipales; United States of America** <br> Defendants | CIVIL ACTION NO.: 3:16-cv-1633-JAG <br><br> COLLECTION OF MONIES AND FORECLOSURE OF MORTGAGE |

## SUMMONS BY PUBLICATION

TO: JOHN DOE AS MEMBER OF THE ESTATE OF ASUNCION OLMEDA MARTINEZ A/K/A ASUNCION OLMEDA WITH UNKNOWN NAME

Pursuant to the Order for Service entered on _____, by the Honorable_____, United States District Judge (Docket No. \_\_\_), you are hereby SUMMONED to appear, plead or answer the Complaint filed herein no later than thirty (30) days after publication of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for Plaintiff: **Joel Antonio Figueroa Rivera, Esq., at PO Box 367308, San Juan, PR 00936, telephone number 787-758-6550.**

Should you fail to appear, plead or answer to the Complaint as ordered by the Court and noticed by this Summons, the Court will proceed to enter default against you, hear and adjudicate this cause against you based on the relief demanded in the Complaint.

BY ORDER OF THE COURT, summons is issued pursuant to Fed. R. Civ. Pr. 4(e) and Rule 4.5 of the Rules of Civil Procedure for the Commonwealth of Puerto Rico.

1

In San Juan, Puerto Rico, this_____ day of _____, 2016.

                                                **FRANCES RIOS DE MORAN, ESQ.**
                                                        **CLERK OF THE COURT**
                                                          **U.S. District Court**