# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Finance of America Reverse, LLC.**<br>Plaintiff<br><br>v.<br><br>**The Estate Asunción Olmeda Martínez a/k/a Asunción Olmeda composed of Francisco Rodríguez Olmeda and John Doe; Departamento de Hacienda; Centro de Recuadaciones de Ingresos Municipales; United States of America**<br>Defendants | CIVIL ACTION NO.: 3:16-cv-1633-JAG<br><br>COLLECTION OF MONIES AND FORECLOSURE OF MORTGAGE |

## REQUEST OF DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT:

COMES NOW, Plaintiff, **Finance of America Reverse, LLC** through its undersigned attorney and very respectfully state, prays and requests:

1. Plaintiff requests the dismissal of this action without prejudice and the entry of judgment.

**WHEREFORE**, plaintiff requests from this Honorable Court the entry of judgment dismissing the case without prejudice.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date this document was filed electronically through the CM/ECF system which will send notification to the parties to their registered e-mail addresses and via regular mail to (1) **United States of America,** c/o US Attorney Office, District of Puerto Rico, Torre Chardon Suite 1201, 350 Carlos E. Chardon, San Juan, P.R. 00918; (2) **Francisco Rodriguez Olmeda** at SR-171, La Lineal, Sect. Rincon, Cidra, PR 00739; (3) **John Doe as member of the Estate of Asuncion Olmeda Martinez a/k/a Asucion Olmeda with unknown name,** SR-171, La Lineal Sect. Rincon, Cidra, PR 00739.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 11th day of August, 2017.

/S/VALERIE N. HERNANDEZ HERNANDEZ
Valerie N. Hernández Hernández
USDC-PR: 304702
GLS LEGAL SERVICES, LLC
Attorneys for Plaintiff
hernandez@glslegalservices.com
P.O. Box 367308
San Juan, P.R. 00936
Tel. 787-758-6550; Fax. 787-758-6554